IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:02cv205-V

| | | |
|---|---|---|
| RAMSEY REED, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       vs. | ) | **O R D E R** |
| | ) | |
| BUCKEYE FIRE EQUIPMENT | ) | |
| COMPANY and BRIAN BOWER, | ) | |
| | ) | |
|       Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion for a continuance of the trial in this matter from the 21 November 2005 term in the Charlotte Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from 21 November 2005 in the Charlotte Division to the next available term in the Charlotte Division.

Signed: 3 November 2005

Richard L. Voorhees
United States District Judge