# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:02cv205-V

| | |
|---|---|
| RAMSEY REED, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BUCKEYE FIRE EQUIPMENT, )<br>)<br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court on its own motion for a continuance of the trial in this matter from the 23 January 2006 term in the Charlotte Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from 23 January 2006 in the Charlotte Division to the next available term in the Charlotte Division.

Signed: 11 January 2006

Richard L. Voorhees
United States District Judge