# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:02cv205

| | |
|---|---|
| RAMSEY REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BUCKEYE FIRE EQUIPMENT, ) | |
| and BRIAN BOWER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the joint motion of the parties for Court approval of the terms of their confidential settlement of this case, and in particular, the Plaintiff's waiver of his rights and claims under the Family and Medical Leave Act ("FMLA") in accordance with Taylor v. Progress Energy, Inc., 493 F.3d 454 (4th Cir. 2007).

The Court has reviewed *in camera* the terms of the parties' confidential settlement agreement and the Court hereby concludes that the terms of the settlement are reasonable; that the Plaintiff has been advised of his rights under the FMLA and has consulted his attorney regarding

those rights; that the Plaintiff's waiver of his rights and claims under the FMLA is knowing and voluntary; and that the settlement and waiver should be approved by the Court.

**IT IS, THEREFORE, ORDERED** that the Court hereby **APPROVES** the parties' confidential settlement and the Plaintiff's waiver of his rights and claims under the FMLA.

Signed: November 9, 2007

Martin Reidinger
United States District Judge